1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
6

7       1301 Clay Street, Suite 340-S
        Oakland, California 94612
8       Telephone:  (510) 637-3740
9       Facsimile:  (510) 637-3724
        E-Mail:    Joshua.Hill2@usdoj.gov
10

11 Attorneys for the United States of America

12
                        UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                              OAKLAND DIVISION
15
   UNITED STATES OF AMERICA,        )   No. CR 08-0649-03- DLJ
16                                  )
          Plaintiff,                )   NOTICE OF DISMISSAL FOR
17                                  )   DEFENDANT YONAS G. MESMER; AND
          v.                        )   **ORDER**
18                                  )
   YONAS G. MESMER,                 )
19                                  )
          Defendants.               )
20 _____ )
                                    )
21        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

22 United States Attorney for the Northern District of California dismisses the Indictment returned

23 against defendant Yonas G. Mesmer and requests that the arrest warrant be quashed.

24 DATED:  February 27, 2009              Respectfully submitted,

25                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
26
                                          _____/S/_____
27                                        BRIAN J. STRETCH
                                          Assistant United States Attorney
28

   NOTICE OF DISMISSAL
   NO. CR 08-0649 DLJ                     1

1  Leave of Court is granted to the government to dismiss the indictment.   It is further ordered that
2  the arrest warrant issued in connection with the indictment is quashed.
3  DATED:  March 2, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge